# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing | HEARING LOCATION | DAVID J. SMITH Clerk of Court United States Court of Appeals for the Eleventh Circuit (404) 335-6100 |
| Clerk's Office Frank M. Johnson, Jr. United States Courthouse **15 Lee Street entrance** Montgomery, Alabama 36104 334-954-3790 | Courtroom 405 Frank M. Johnson, Jr. United States Courthouse One Church Street **(entrance at 15 Lee Street)** MONTGOMERY, ALABAMA COURT CONVENES AT 9:00 A.M. (Central Time) (unless otherwise shown) | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### MONDAY, MAY 1, 2023

| | |
|---|---|
| 21-11621 | United States v. John Gladden, et al., Appellants |
| 21-12517 | Lloyd Baker v. 3M Company, et al., Appellants (Consolidated with 21-13131, Lewis Keefer v. 3M Company, et al., Appellants, 21-13133, Stephen Hacker v. 3M Company, et al., Appellants and 21-13135, Luke Estes v. 3M Company, et al., Appellants) |
| 22-10057 | Theresa Phillips, Appellant v. Legacy Cabinet |

### TUESDAY, MAY 2, 2023

| | |
|---|---|
| 21-11256 | Maurice Campbell, Jr., Appellant v. United States |
| 21-13756 | Brandon Washington, Appellant v. Attorney General of the State of Alabama, et al. |
| 22-11621 | Thaddaeus Myrick, et al., v. City of Hoover, Alabama, Appellant |
| 22-10348 | Mark Henderson, Appellant/Cross Appellee v. Ford Motor Company, Appellee/Cross Appellant |

### WEDNESDAY, MAY 3, 2023

| | |
|---|---|
| 21-13668 | Sean Reilly, Appellant v. Secretary, Florida Department of Corrections |
| 21-14396 | Roland Edger, Appellant v. Krista McCabe, et al. |
| 22-11789 | Sean Sheffler, et al., Appellants v. Americold Realty Trust |

### THURSDAY, MAY 4, 2023

| | |
|---|---|
| 22-10480 | Irish Jenkins, Appellant v. Koch Foods, Inc., et al. |
| 22-11674 | Thai Meditation Association of Alabama, Inc., et al., Appellants v. City of Mobile, Alabama |

ATLANTA, GEORGIA
02/28/23 - #16

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT