

**HENRY F. SHERROD III, P.C.**
www.alabamacivilrightslawyer.com
hank@alcivilrights.com

June 22, 2023

David J. Smith, Clerk
U.S. Court of Appeals for the 11th Circuit
56 Forsyth Street, Northwest
Atlanta, Georgia 30303

RE: Roland Edger v. Krista McCabe, et al., Appeal No. 21-14396-G

Dear Mr. Smith:

I am writing pursuant to Fed. R. App. P. 28(j) and the applicable Eleventh Circuit IOP. I have attached a recent unpublished opinion, *Duncan v. City of Sandy Springs*, No. 20-13867, 2023 WL 3862579 (11th Cir. June 7, 2023) (per curiam), in which a panel of this Court addressed arguable probable cause to arrest for obstruction under Georgia law based on a failure to provide a driver's license by a person who was not operating a motor vehicle. The panel noted that "[t]here is no Georgia law that required Duncan to produce a driver's license under the circumstances of this case." *Id.* at *4 (citing Georgia law requiring operators of motor vehicles to produce a license). The panel held that the officer did not have "even arguable probable cause to arrest Duncan for obstruction for failure to display her license" *Id.*

The reasoning of the panel in *Duncan* requires the same result here. Alabama law does not require non-drivers like Edger to produce an ID, and, therefore, the officers lacked even arguable probable cause to arrest Edger for obstructing governmental operations based on Edger's alleged refusal to produce a driver's license.

Best regards.

Sincerely,

Henry F. (Hank) Sherrod III

HFSIII/rs
Enclosure

119 S. Court St., Florence, Alabama 35630  256.764.4141  888.764.4141  Fax 877-684-0802

Edger v. McCabe, et al.<br>No. 21-14396-G

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Appellant, Roland Edger, certifies that the following persons or entities have an interest in the outcome of this case:

1. **Burgess, C. Gregory** - Counsel for Defendants/Appellees

2. **Burke, Liles C.** - U.S. District Court Judge

3. **City of Huntsville, Alabama** - Defendant/Appellee

4. **Edger, Roland** - Plaintiff/Appellant

5. **Gushlaw, Stephanie M.** - Counsel for Defendants/Appellees

6. **Henry F. Sherrod III, P.C.** - Law firm representing Plaintiff/Appellant

7. **Lanier Ford** - Law firm representing Defendants/Appellees

8. **McCabe, Krista** - Defendant/Appellee

9. **Perillat, Cameron** - Defendant/Appellee

10. **Sherrod, Henry F. (Hank), III** - Counsel for Plaintiff/Appellant

11. **Smith, Lauren A.** - Counsel for Defendants/Appellees

No publicly traded company has an interest in the outcome of this case.